IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LESLIE DELOREAN                )
                               )
          Plaintiff,           )    Civ. No. 10-3021-CL
                               )
                               )    **ORDER**
     v.                        )
                               )
FIRST HORIZON HOME LOANS,      )
MERS AND DOES 1-10,            )
                               )
          Defendants.          )

**PANNER, J.**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation[#41], and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections and I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore

1 - ORDER

Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the report is correct.

The amended complaint (#36) contains few specific factual allegations. Plaintiff's conclusory statements supported by quotations to case law apparently cut and pasted from various online sources does not include the necessary specific factual allegations to allow the court to determine how these specific defendants allegedly harmed plaintiff.

Finally, plaintiff states that it is improper for Magistrate Judge Clarke to conduct certain pretrial matters without her consent. Plaintiff is incorrect. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

## CONCLUSION

Magistrate Judge Clarke's report (#41) is adopted. Plaintiff is granted 20 days to file an amended complaint. Failure to file an amended complaint will result in dismissal with prejudice.

IT IS SO ORDERED.

DATED this 21 day of September, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

3 - ORDER