IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LESLIE DELOREAN | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 10-3021-CL |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| FIRST HORIZON HOME LOANS, | ) | |
| MERS AND DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, J.**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#51), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, I reviewed the legal issues in this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell

1 - ORDER

<u>Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the report is correct.

I adopt Magistrate Judge Clarke's report (#51) is adopted. Defendant's Motion to Strike (#50) is GRANTED. This case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this __14__ day of March, 2012.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER